**1408 SECOND NATIONAL BANK vs. CITY OF LANSING, 25 M., 206.**

When there is money belonging to a specific fund to pay orders against it, mandamus is the proper remedy to enforce their payment, but when there is no money belonging to such fund, the remedy must be to supply the deficiency, and in neither case will an action lie against the city on such orders.

Decided July 9, 1872.

**1409 McARTHUR vs. TOWNSHIP OF DUNCAN, 34 M., 26.**

McArthur brought suit on certain orders drawn by highway commissioners on the township treasurer, who refused payment. The trial court ruled that mandamus was the proper remedy.

Judgment affirmed April 18, 1876.

The court say: "Mandamus and not an action against the township is the proper remedy to enforce payment of orders regularly drawn by highway commissioners; the duty of the township authorities to raise the necessary funds and to make payment is just as imperative upon the presentation of such orders as it would be after judgment against the township."

**1410 CATHCART vs. TOWNSHIP TREASURER (Merritt), 38 M., 243.**

To compel the payment of certain ditch orders, where there was no money in the fund on which they were drawn and the collection of the assessment had been judicially restrained as illegal.

Denied January 22, 1878.

Held, that such orders are not general township charges, and although the assessment was payable into the town treasury, it still remained a separate fund, and such orders could only be paid out of the particular assessments on the credit of which they were drawn.